IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gloria Natonabah, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>　　　　　　Defendant. | Case No. CV-16-08103-PCT-MHB<br><br>**ORDER** |

　　　　The Court has considered the parties' stipulated motion to dismiss (Doc. 52), and good cause appearing,

　　　　IT IS ORDERED granting the Stipulation (Doc. 52),

　　　　IT IS FURTHER ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and fees.

　　　　Dated this 11th day of October, 2017.

_____
Honorable Michelle H. Burns
United States Magistrate Judge